CITY OF SAN ANTONIO v. KATZ et al. (Circuit Court of Appeals. Fifth Circuit. January 14, 1902.) No. 1,027. In Error to the Circuit Court of the United States for the Western District of Texas. R. B. Minor, for plaintiff in error. A. W. Seeligson, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The transcript shows no error prejudicial to the plaintiff in error, and the judgment of the circuit court is affirmed.

CLAUSEN v. WROUGHT IRON BRIDGE CO. (Circuit Court of Appeals, Eighth Circuit. December 11, 1901.) No. 1,592. In Error to the Circuit Court of the United States for the District of Nebraska. L. C. Burr, for plaintiff in error. J. W. Deweese, for defendant in error. Dismissed with costs, on motion of defendant in error, pursuant to rule 23.

FIELDS v. DENVER CONSOL. TRAMWAY CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 2, 1901.) No. 1,291. Appeal from the Circuit Court of the United States for the District of Colorado. Jacob Fillius, for appellant. A. M. Stevenson and Charles J. Hughes, Jr., for appellees. Dismissed with costs, per stipulation.

FREEMAN v. PROGRESSIVE FOUNDRY & MACHINE CO. (Circuit Court of Appeals, Eighth Circuit. December 12, 1901.) No. 1,596. Appeal from the Circuit Court of the United States for the Western District of Missouri. J. W. McAntire and Haywood Scott, for appellant. Thomas Dolan, for appellee. Dismissed, with costs, on motion of appellee, pursuant to rule 23.

JACKSON v. NEW YORK FILTER MFG. CO. (Circuit Court of Appeals, Eighth Circuit. December 3, 1901.) No. 1,605. Appeal from the Circuit Court of the United States for the Eastern District of Missouri. George W. Taussig, for appellant. J. M. Holmes, for appellee. Dismissed, with costs, on motion of appellee. See 112 Fed. 678.

KORTH et al. v. BENNING. (Circuit Court of Appeals, Eighth Circuit. December 11, 1901.) No. 1,590. Appeal from the District Court of the United States for the Southern District of Iowa. Charles M. Harl and James McCabe, for appellants. George H. Mayne, for appellee. No opinion. Affirmed, with costs.